IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00137-GPG

DAVID BURKE, and
CHRISTOPHER GALLEGOS,

      Plaintiffs,

v.

JULIE DAVID, Community Parole Officer, in her official capacity for prospective injunctive relief and in her personal capacity for damages,
RYAN JENKINS, Community Parole Officer, in his official capacity for prospective injunctive relief,
JOE MORALES, Chairman of the Colorado Parole Board, in his official capacity for prospective injunctive relief, and
JEFF GEIST, Chairman of the Sex Offender Management Board, in his official capacity for prospective injunctive relief and in his personal capacity for damages (for his actions taken in the capacity as Julie David's supervisor),

      Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.   Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.   *See* D.C.COLO.LCivR 8.1(c).   Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED January 21, 2016, at Denver, Colorado.

                                                    BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge